sage
PERSONAL FINANCE

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on 11/09/2026, Tony Oneal

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Middle District of North Carolina .

Case number: 26-10816

Certificate number: NCM26-108165126157

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance